## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | |
|---|---|
| RUBEN C. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:08CV00057 MLM |
| ) | |
| KEVIN WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

Dated this 8th Day of December, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE